UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :   Case No. 10-13929
PRINT INTERNATIONAL, a/k/a PRINT                    :   Chapter 7
INTERNATIONAL, INC. a/k/a ROSS                      :   (Involuntary)
NETWORK, INC. d/b/a PRINT INTERNATIONAL,            :
                                                    :
                    Alleged Debtor.                 :
---------------------------------------------------------------x

## STIPULATION EXTENDING TIME FOR ALLEGED DEBTOR TO RESPOND TO INVOLUNTARY PETITION

IT IS HEREBY STIPULATED AND AGREED, by and between Ross Network, Inc. d/b/a Print International (the "Alleged Debtor") and the Petitioning Creditors[1], by and through their respective attorneys, that the Alleged Debtor's time to answer, move, or otherwise respond to the involuntary petition is hereby extended to and including August 26, 2010.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, each of which when taken together shall constitute but one original agreement. Each counterpart may be delivered by email (as a .pdf attachment) or facsimile transmission and an emailed or fax signature shall have the same force and effect as an original signature.

| | |
|---|---|
| Dated:  August 12, 2010 | Dated:  August 12, 2010 |
| LOWENSTEIN SANDLER PC | FARRELL FRITZ, P.C. |
| /s/ Kenneth A. Rosen | /s/ Louis A. Scarcella |
| By:     Kenneth A. Rosen | By:     Ted A. Berkowitz |
| 65 Livingston Avenue |           Louis A. Scarcella |
| Roseland, New Jersey 07068 | 1320 RXR Plaza |
| Tel:     973-597-2500 | Uniondale, New York 11556-1320 |
| | Tel:     516-227-0700 |
| *Attorneys for Petitioning Creditors* | *Attorneys for the Alleged Debtor* |

SO ORDERED this _____ day of August, 2010.

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The "Petitioning Creditors" consist of: (1) Xpedx, a Division of International Paper; (2) Frank Parsons, Inc.; and (3) Manroland, Inc.

Interwoven\1509085.1